| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 4:11-CR-46 |
| | § | |
| JOSHUA STEVEN MITCHELL | § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Amos L. Mazzant, United States Magistrate Judge, for consideration of Defendant Joshua Mitchell's ("Mitchell") Motion to Suppress Evidence and Statements (#22). On June 15, 2011, Judge Mazzant conducted a hearing on the motion and issued a ruling from the bench recommending that it be denied. On July 18, 2011, Judge Mazzant submitted a Report and Recommendation (#33) consistent with this ruling. On July 8, 2011, Mitchell filed objections to Judge Mazzant's decision (#31).

Pursuant to Mitchell's request and in accordance with 28 U.S.C. § 636(b)(1), the court conducted a *de novo* review of the magistrate judge's findings, the record, the relevant evidence, Mitchell's specific objections, and the applicable law in this proceeding. After review, the court finds that Judge Mazzant's report should be accepted. Accordingly, Mitchell's objections are overruled, the court ADOPTS Judge Mazzant's report and recommendation, and Mitchell's motion to suppress is DENIED.

SIGNED at Beaumont, Texas, this 21st day of July, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE